UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JACQUELINE AVERY,

    Plaintiff,

v.                                                                           Case No. 20-11810

SEDGWICK CLAIMS MANAGEMENT
SERVICES, INC. and EXTENDED DISABILITY
BENEFIT OF THE CHRYSLER GROUP LLC
GROUP INSURANCE PROGRAM

    Defendants.

_____/

## JUDGMENT

In accordance with the court's "Opinion and Order Granting Defendants' Motion for Judgment on the Administrative Record and Denying Plaintiff's Motion for Judgment," entered on September 21, 2022,

IT IS ORDERED AND ADJUDGED that judgment is entered for Defendants and against Plaintiff.

Dated at Port Huron, Michigan, September 21, 2022.

                                                          KINIKIA ESSIX
                                                          CLERK OF THE COURT

                                                          By: s/Lisa Wagner
                                                          Lisa Wagner, Case Manager
                                                          to Judge Robert H. Cleland

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\20-11810.AVERY.Judgment.NTH.docx